12-24-14

Dear Judge

I am writing in regards to my husband David Bliss. He appeared in your court room on December 19th at 3:00 PM. I have written the judge and probation office in Ohio to have his warrant resent. Sir my husband is terminally ill with lung cancer. "CCA" is not equipped or able to care for his condition. All we want to do is go home and spend what time he does have left together as a family. The US Marshall at "CCA" told me to write you a letter to see about getting David into your court today and have him released. We would appear in front of a judge in Ohio or go to the probation office in Ohio in the allotted time. He was not aware that this action could occur when he appeared Friday or he would have chose to be released. Anything you could do to help would be greatly appreciated. Thank you so much for your time.

Melissa Bliss   14 MJ 925



✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2 4 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY