**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
**DISTRICT OF NEVADA**
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON                                                   CYNTHIA JENSEN
DISTRICT COURT EXECUTIVE/CLERK                CHIEF DEPUTY CLERK, LAS VEGAS

                                                                              JAKE HERB
                                                       CHIEF DEPUTY CLERK, RENO


January 5, 2015

Clerk, U.S. District Court
Southern District of Ohio
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202
OHSDdb_InterdistrictTransfer@ohsd.uscourts.gov

RE:   USA v. David Keith Bliss
      Your Case No. 1:09-cr-00046 and 1:10-cr-00026
      Our NVD Case No. 2:14-mj-00925-PAL

Dear Clerk:

     Please be advised that the above-referenced defendant was arrested in the District of Nevada (Las Vegas) on a warrant issued by the Southern District of Ohio and appeared before The Honorable Cam Ferenbach, United States Magistrate Judge, on December 19, 2014. The Defendant has been detained and remanded to the custody of the United States Marshal for transport to the District of Ohio. Enclosed are all documents completed in this district.


Thank you.

LANCE S. WILSON, Clerk
United States District Court

/s/ Tawnee Renfro
_____
Deputy Clerk


Enclosures